**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1911**

LENIR RICHARDSON,

             Plaintiff - Appellant,

        v.

O. J. FAULK, Officer, badge #2908; D. N. CUSTER, Officer,
badge #3756; OFFICER RIZZA; COMMONWEALTH ATTORNEY; MARIO
TORRES, Sergeant,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:15-cv-01489-LMB-TCB)

Submitted: December 9, 2016        Decided: January 9, 2017

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lenir Richardson, Appellant Pro Se. Kimberly Pace Baucom,
Assistant County Attorney, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals the district court's orders denying her motion to remand and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Richardson v. Faulk, No. 1:15-cv-01489-LMB-TCB (E.D. Va. Dec. 16, 2015; July 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED